UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-50626-amk |
| Jeffrey Buttermore<br>Beth Buttermore | Chapter 13 |
| Debtor(s). | Judge Alan M. Koschik |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of Home Point Financial Corporation ('Creditor'), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on May 9, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Brian Unger, Debtors' Counsel
brian@warnermendenhall.com

Keith Rucinski, Trustee
efilings@ch13akron.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Jeffrey Buttermore, Debtor
1644 Allma Dr.
North Canton, OH 44720

Beth Buttermore, Debtor
1644 Allma Dr.
North Canton, OH 44720

                                                /s/ Molly Slutsky Simons
                                                Molly Slutsky Simons (0083702)
                                                Attorney for Creditor